UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEALTHCARE RETROACTIVE AUDITS, INC.,

　　　　　　　　　　Plaintiff,

　　　　-against-

IMPTRAX CORPORATION,

　　　　　　　　　　Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   1/27/2021
```

20 Civ. 10104 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　　The Court has reviewed pre-motion letters submitted by Imptrax Corporation ("Imptrax"), ECF Nos. 12, 20, and Healthcare Retroactive Audits, Inc. ("HRA"), ECF No. 21.  Accordingly:

1. Imptrax's request to file a motion to dismiss is GRANTED;
2. By **March 3, 2021**, Imptrax shall file its motion to dismiss;
3. By **March 24, 2021**, HRA shall file its opposition; and
4. By **April 7, 2021**, the Imptrax shall file its reply, if any.

　　　SO ORDERED.

Dated: January 27, 2021
　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANALISA TORRES
　　　　　　　　　　　　　　　　　　　　　United States District Judge