```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HEALTHCARE RETROACTIVE AUDITS, INC.,

                        Plaintiff,

        -against-                                    20 Civ. 10104 (AT)

IMPTRAX CORPORATION,                                 AMENDED ORDER

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/1/2021_

ANALISA TORRES, District Judge:

The Court has reviewed pre-motion letters submitted by Imptrax Corporation ("Imptrax"), ECF Nos. 12, 20, and Healthcare Retroactive Audits, Inc. ("HRA"), ECF Nos. 21, 23. Accordingly, the schedule at ECF No. 22 is amended as follows:

1. HRA's request to file a motion to dismiss is GRANTED;
2. By **March 3, 2021**, HRA shall file its motion to dismiss;
3. By **March 24, 2021**, Imptrax shall file its opposition; and
4. By **April 7, 2021**, HRA shall file its reply, if any.

SO ORDERED.

Dated: February 1, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge