UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
HEALTHCARE RETROACTIVE AUDITS, INC.,

                      Plaintiff,

-against-

IMPTRAX CORPORATION,

                      Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/18/2021_
```

20 Civ. 10104 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 13, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by February 16, 2021. ECF No. 15 ¶¶ 4–5. The Court has received the proposed case management plan only. ECF No. 26. Accordingly, the parties shall submit their joint letter by **12:00 p.m.** on **February 22, 2021**.

    SO ORDERED.

Dated: February 18, 2021
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge